BERNARD BARNA, APPELLANT, v. WARDEN, NEVADA STATE PRISON, RESPONDENT.

No. 7675

April 30, 1975                          534 P.2d 499

*Horace R. Goff,* State Public Defender, and *Michael R. Griffin,* Special Deputy Public Defender, for Appellant.

*Larry R. Hicks,* District Attorney, and *Kathleen M. Wall,* Assistant Chief Deputy District Attorney, Washoe County, for Respondent.

## OPINION

*Per Curiam:*

We affirm the district court denial of post-conviction relief since the record does not support the appellant's claim that his plea of guilty to robbery was the result of a plea bargain which the prosecutor violated. Other claimed errors have been considered and also lack merit.

Affirmed.